# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH D. STERN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-91 (RGA) |
| | ) | |
| GLOBUS MEDICAL, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED NOTICE OF DISMISSAL

Plaintiff Stern and Defendant Globus Inc. ("Globus"), by and through their respective attorneys, hereby file this Stipulated Dismissal as to Stern's claims against Globus, and Globus's counterclaims against Stern.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Stern and Defendant Globus, Inc. hereby stipulate, through their respective attorneys, that Stern's claims against Globus shall be and are dismissed with prejudice in their entirety, and that Globus's counterclaims against Stern shall be and are dismissed with prejudice in their entirety. Stern and Globus further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: February 5, 2018

 /s/ Kenneth L. Dorsney 
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Plaintiff*
*Joseph D. Stern*

 /s/ Adam W. Poff 
Adam W. Poff (#3990)
Robert M. Vrana (#5666)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com

*Attorneys for Defendant Globus Medical, Inc.*

**SO ORDERED** this \_\_6\_\_ day of February, 2019.

_____
United States District Court Judge

23312146.1